CENTRAL INDIANA RY. CO. v. GRANTHAM.

(Circuit Court of Appeals, Seventh Circuit. January 2, 1906.)

No. 1,172.

Appeal from the Circuit Court of the United States for the District of Indiana.

Henry Crawford, for appellant.
F. E. Ballard, for appellee.

Before GROSSCUP, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. This appeal involves substantially identical questions with Central Indiana Railway Co. v. James F. Grantham (de-

cided herewith) 143 Fed. 43, differing only in the location and present ownership of the right of way strip in controversy.

The motion to dismiss the appeal is overruled, and the decree of the Circuit Court is affirmed, in conformity with the opinion in the case referred to.